UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CONSUELA BUTLER**                         **CIVIL ACTION**

**VERSUS**                                  **NO. 08-4954**

**MICHAEL J. ASTRUE,**                      **SECTION "B" (3)**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Commissioner's Motion for Summary Judgment is **GRANTED** the Plaintiff's Motion for Summary Judgment is **DENIED** and that the plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 17th day September, 2009.

UNITED STATES DISTRICT JUDGE